IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                   Case Nos.: 3:19cr113/MCR/MAL
                                                                       3:24cv172/MCR/MAL

KADEEM INGRAM,

    Defendant.
_____/

**O R D E R**

The magistrate judge issued a Report and Recommendation on August 6, 2024, ECF No. 509.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have conducted a <u>de novo</u> review of any timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's Report and Recommendation, ECF No. 509, is adopted and incorporated by reference in this order.

2.    The Government's Motion to Dismiss, ECF No. 505, is GRANTED.

3.   Defendant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 502, is DISMISSED as untimely; and

4.   A certificate of appealability is DENIED.

**DONE and ORDERED** this 24th day of September 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:17cr39/MCR/MAL; 3:20cv5424/MCR/MAL